1  Stuart B. Wolfe (SBN 156471)
   Natilee S. Riedman (SBN 257871)
2  nsriedman@wolfewyman.com
   WOLFE & WYMAN LLP
3  2175 N. California Blvd., Suite 415
   Walnut Creek, California 94596
4  Telephone:  (925) 280-0004
   Facsimile:   (925) 280-0005
5
   Attorneys for Defendant
6  NATIONAL CITY MORTGAGE COMPANY

*E-Filed 7/9/09*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| RONNIE UBUNGEN and MAYBELLINE UBUNGEN,<br><br>Plaintiffs,<br><br>v.<br><br>REALTY WORLD – PROPERTY EXCHANGE, a California Corporation, NATIONAL CITY MORTGAGE CO., an Ohio Corporation, CAL-WESTERN RECONVEYANCE CORP., a California Corporation, GREEN TREE SERVICING, LLC, an Arizona-based Company, and DOES 1-20,<br><br>Defendants. | Case No: 5:09-CV-03063-RS<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**<br><br>[L.R. 6-144] |

TO ALL PARTIES HEREIN AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:

This Stipulation is made pursuant to Local Rule 6-144 and is made by and between Plaintiffs RONNIE UBUNGEN and MAYBELLINE UBUNGEN and Defendant NATIONAL CITY MORTGAGE COMPANY (sued as "National City Mortgage, Co."), (hereinafter "National City") by and through their respective counsel of record.  Plaintiffs and National City agree and

stipulate as follows:

A. On or about June 29, 2009 National City requested of Plaintiffs an extension of time to respond to the Complaint until and including August 6, 2009.

B. On or about June 29, 2009, Plaintiffs' counsel agreed to extend National City's time to respond to the Complaint until and including August 6, 2009.

C. No previous extensions of time have been given to National City in this matter.

D. This Stipulation does not alter the date of any event or any deadline already fixed by the Court.

WHEREFORE, the parties to this action agree and stipulate that National City has until and including August 6, 2009 to respond to Plaintiffs' Complaint.

DATED: July 6, 2009

WOLFE & WYMAN LLP

By: _____
STUART B. WOLFE
NATILEE S. RIEDMAN
Attorneys for Defendant
**NATIONAL CITY MORTGAGE COMPANY**

DATED: July 6, 2009

LAW OFFICE OF EVELYN DELA CRUZ ALFONSO

By: _____
EVELYN D. ALFONSO
Attorney for Plaintiffs
**RONNIE UBUNGEN and MAYBELLINE UBUNGEN**

## ORDER ON STIPULATION

The Court having reviewed the stipulation of the parties, and good cause appearing therefore, ORDERS that National City shall have including and until August 6, 2009 to respond to Plaintiffs' Complaint in this matter.

IT IS SO ORDERED.

Dated: 7/9/09

_____
UNITED STATES DISTRICT JUDGE
MAGISTRATE