*E-Filed 8/25/09*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RONNIE UBUNGEN and MAYBELLINE UBUNGEN,<br><br>    Plaintiffs,<br><br>    v.<br><br>REALTY WORLD -- PROPERTY EXCHANGE, a California Corporation; NATIONAL CITY MORTGAGE CO., an Ohio Corporation; CAL-WESTERN RECONVEYANCE CORP., a California Corporation; GREEN TREE SERVICING, LLC, an Arizona-based Company; and DOES 1-20,<br><br>    Defendants.<br>_____/ | No. 5:09-CV-3063 RS<br><br>**ORDER SETTING CONSENT/DECLINATION DEADLINE** |

    Defendant ITEQ Corporation has filed a motion to dismiss, docket [13] in the above-captioned matter. This motion is noticed for hearing on September 30, 2009, at 9:30 a.m.

    In accordance with Civil Local Rule 73-1, all parties who have not already done so are directed to file their consents or declinations to magistrate judge jurisdiction no later than **September 4, 2009**.

    IT IS SO ORDERED.

CASE NO. 5:09-CV-3063 RS
ORDER SETTING CONSENT/DECLINATION DEADLINE

**United States District Court**
For the Northern District of California

1  Dated:   8/25/09

_____
RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE

CASE NO. 5:09-CV-3063 RS
ORDER SETTING CONSENT/DECLINATION DEADLINE

2