Stuart B. Wolfe (SBN 156471)
Natilee S. Riedman (SBN 257871)
nsriedman@wolfewyman.com
WOLFE & WYMAN LLP
2175 N. California Blvd., Suite 415
Walnut Creek, California 94596
Telephone:  (925) 280-0004
Facsimile:   (925) 280-0005

Attorneys for Defendant
NATIONAL CITY MORTGAGE COMPANY

*E-Filed 8/27/09*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| RONNIE UBUNGEN and MAYBELLINE UBUNGEN,<br><br>Plaintiffs,<br><br>v.<br><br>REALTY WORLD – PROPERTY EXCHANGE, a California Corporation, NATIONAL CITY MORTGAGE CO., an Ohio Corporation, CAL-WESTERN RECONVEYANCE CORP., a California Corporation, GREEN TREE SERVICING, LLC, an Arizona-based Company, and DOES 1-20,<br><br>Defendants. | Case No:  5:09-CV-03063-RS<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**<br><br>[L.R. 6-144] |

TO ALL PARTIES HEREIN AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:

This Stipulation is made pursuant to Local Rule 6-144 and is made by and between Plaintiffs RONNIE UBUNGEN and MAYBELLINE UBUNGEN and Defendant NATIONAL CITY MORTGAGE COMPANY (sued as "National City Mortgage, Co."), (hereinafter "National City") by and through their respective counsel of record.  Plaintiffs and National City agree and

1

1  stipulate as follows:

2      A.    On or about August 25, 2009, Plaintiffs' counsel contacted National City's counsel
3  to request that National City postpone filing a response to Plaintiff's Complaint, in light of possible
4  settlement negotiations.

5      B.    Due to said request, on or about August 25, 2009, National City's counsel requested
6  and Plaintiffs' counsel granted an extension of time to respond to the Complaint until and including
7  September 30, 2009.

8      C.    National City previously obtained two extensions of time in this matter.

9      D.    This Stipulation does not alter the date of any event or any deadline already fixed by
10 the Court.

11     E.    This Stipulation is made with the understanding that Plaintiffs do not waive their
12 right to challenge the jurisdiction of the above-referenced Court.

13 WHEREFORE, the parties to this action agree and stipulate that National City has until and
14 including September 30, 2009 to respond to Plaintiffs' Complaint.

15 DATED: August 26, 2009              WOLFE & WYMAN LLP

By: _____
STUART B. WOLFE
NATILEE S. RIEDMAN
Attorneys for Defendant
**NATIONAL CITY MORTGAGE COMPANY**

DATED: _Aug 24_, 2009         LAW OFFICE OF EVELYN DELA CRUZ ALFONSO

By: _____
EVELYN D. ALFONSO
Attorney for Plaintiffs
**RONNIE UBUNGEN and MAYBELLINE UBUNGEN**

2
**STIPULATION TO EXTEND TIME TO RESPOND**
S:\Matters\National City Bank (1264) (WC)\107 (Ubungen)\Pleadings\Ubungen - Stipulation to Further Extend Time 9-30.doc

## ORDER ON STIPULATION

The Court having reviewed the stipulation of the parties, and good cause appearing therefore, ORDERS that National City shall have including and until September 30, 2009 to respond to Plaintiffs' Complaint in this matter.

IT IS SO ORDERED.

Dated: 8/27/09

_____
UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE

WOLFE & WYMAN LLP
ATTORNEYS & COUNSELORS AT LAW